# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANA HOLTSCLAW,<br>        Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| KILOLO KIJAKAZI,<br>**Acting Commissioner of<br>Social Security,**<br>        **Defendant.** | )<br>)<br>)<br>)<br>)    **Civil No. 5:21-cv-00809-P** |

## ORDER

Defendant, the Acting Commissioner of Social Security ("Commissioner"), has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's

decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings. *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated this ___18th___ day of __April__, 2022.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE